**Order entered April 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00026-CV

### RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants

### V.

### MERRITT HAWKINS & ASSOCIATES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER

Before the Court is appellants' April 23, 2019 motion for an extension of time to file their reply brief. We **GRANT** the motion and extend the time to file their reply brief to **May 23, 2019**. We caution appellants that further extension requests will be strongly disfavored.

/s/      BILL WHITEHILL
          JUSTICE